

FILED

SEP 1 1 2012

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

EDWARD HUGHES

Case No. 2:12 mj 376
Court Date: September 14, 2012

## CRIMINAL INFORMATION

(Misdemeanor)- Violation No. N0385013

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 8, 2012, at Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, EDWARD HUGHES, did knowingly and unlawfully drive and operate a motor vehicle while under the influence of alcohol and while his blood alcohol level was at least .08 grams per 210 liters of breath but not greater than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .11 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:    

    J. Richard Parker
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jon.Parker@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

J. Richard Parker
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6391
Fax: (757) 441-3205
Jon.Parker@usdoj.gov

9/10/12
Date

2