**MISDEMEANOR MINUTES:**

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | November 5, 2012 |
| Time Started: | 9:18 am | Presiding Judge: | Lawrence R. Leonard |
| Time Ended: | 9:33 am | Courtroom Deputy: | A. Forehand |
| Recorded by: | FTR | U.S. Attorney: | Jon Parker, SAUSA |
| | | Defense Counsel: | Shawn Cline |

Case Number: 2:12mj376 ( ) Retained ( ) Court-appointed
( ) AFPD ( ) Waived Counsel

USA v. Edward Hughes

COUNTS: 1) OUI
2) _____
3) _____
4) _____

(✓) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
( ) Initial Appearance ( ) Docket Call (✓) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(✓) Defendant advised of rights.
(✓) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
(✓) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____ ( ) Granted ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____ ( ) Granted ( ) Denied
( ) Counsel desired; Court ( ) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____/mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
( ) Case continued to 9:00 a.m. on _____
( ) Bond set _____ with the following conditions of release:
(1) ( ) Probation Office supervision
(2) ( ) Shall not operate m/v after consuming alcohol
(3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
(4) ( ) No consumption ( ) No excessive use of alcohol
(5) ( ) Substance abuse testing/treatment at defendant's expense
(6) ( ) Mental Health Eval/Treatment
(7) ( ) _____
(8) ( ) _____

(✓) Proffer
(✓) Statement by Defendant
(✓) Found Guilty ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

(✓) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $ 250 | 1) $ 25 | 1) $ / | 1) $ / |
| 2) $ | 2) $ | 2) $ / | 2) $ / |
| 3) $ | 3) $ | 3) $ / | 3) $ / |
| 4) $ | 4) $ | 4) $ / | 4) $ / |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.
( ) _____

## SPECIAL CONDITIONS OF PROBATION / SUPERVISED RELEASE:

( ) Defendant prohibited from operating a motor vehicle on a public highway for a period of _____ ( ) year(s) ( ) month(s)
( ) Defendant to pay fine and special assessment ( ) immediately ( ) within the first _____ months of probation.
( ) Defendant to participate in a ( ) drug ( ) alcohol ( ) substance abuse ( ) mental health education and treatment program as directed by the U. S. Probation Office. ( ) at defendant's expense.
( ) Restricted License Order as directed by the U.S. Probation Office.
( ) Defendant shall serve _____ community service.
( ) Defendant to make restitution in the sum of $ _____ to
_____
( ) Defendant to submit to random urinalysis testing as directed the U.S. Probation office.
( ) Defendant shall refrain from any unlawful use of a controlled substance.
( ) Defendant is directed to participate in a theft prevention program as directed by the U. S., Probation office.
( ) Defendant directed to serve _____ days in jail ( ) Remanded ( ) Report as directed by U.S. Probation Office ( ) jail time may be served on weekends as directed by U.S. Probation
( ) _____
( ) _____
( ) _____
( ) _____

## WITNESSES:

Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____

## EXHIBITS:

Govt. #1 VA DMV  Deft _____
Govt. #2 FL DMV  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____
Govt. _____  Deft _____