PROB 35  
(Mod.ED/VA-Rev. 05/05)

**Report and Order Terminating Probation**  
**Prior to Original Expiration Date**

FILED  
JUN 17 2013  
CLERK, U.S. DISTRICT COURT  
NORFOLK, VA

UNITED STATES DISTRICT COURT  
FOR THE  
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                         Crim. No. 2:12mj000376-001

Edward Hughes

On November 5, 2012, the above-named defendant was placed on probation for a period of ONE (1) YEAR. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

Ryan S. Hurd  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of June, 2013.

The Honorable Lawrence R. Leonard  
United States Magistrate Judge

**TO CLERK'S OFFICE**